UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

FORT CAMPBELL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:12mJ-319-K |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 842 (j) |
| TIMOTHY RYAN RICHARDS | ) | 18 U.S.C. § 844(b) |
| | ) | 27 C.F.R. § 555.201 *et. seq.* |

FILED
VANESSA L. ARMSTRONG, CLERK
DEC 04 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about November 1, 2009, in the Middle District of Tennessee, TIMOTHY RYAN RICHARDS knowingly stored high explosives in a manner not in conformity with regulations promulgated by the Attorney General of the United States pursuant to 18 U.S.C. § 847, in that he stored high explosives, to wit: approximately 67 blocks of military M112 C-4 plastic explosives and approximately 4 spools of military detonating cord, on his property located at 1880 Johnson Road, Clarksville, Tennessee, said property not then conforming with the requirements of Type 1 storage facilities.

In violation of Title 18, United States Code, Sections 842(j) and 844(b), and Title 27, Code of Federal Regulations, Sections 555.201 *et. seq.*

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

WILLIAM L. DENEKE
Assistant United States Attorney

TIMOTHY RICHARDS

## PENALTIES

### COUNT 1

18 U.S.C. 842(j)

MINIMUM:

MAXIMUM:  1 year and $100,000

SPECIAL ASSESSMENT:  $25